ROBERT W. THOMPSON (SBN: 250038)
rwthompson@thompsonlawoffice.com
CASEY A. GEE (SBN: 284830)
casey@thompsonlawoffice.com
THOMPSON LAW OFFICES, P.C.
700 Airport Blvd., Suite 160
Burlingame, CA 94010
Telephone: (650) 513-6111 / Fax: (650) 513-6071

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL ADAMS and SAKURA RAFTERY, individually, and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>AUDI AG,<br><br>              Defendant. | Case No.:<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES** |

Pursuant to Civil L.R. 3-15, the undersigned, as counsel for Plaintiffs Neal Adams and Sakura Raftery, certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

THOMPSON LAW OFFICES, P.C.

Dated: November 11, 2015              By:   */S/ ROBERT W. THOMPSON*
                                              Robert W. Thompson
                                              rwthompson@thompsonlawoffice.com
                                              700 Airport Blvd., Ste. 160
                                              Burlingame, CA 94010
                                              Tel: (650) 513-6111 / Fax: (650) 513-6071

                                              *Attorneys for Plaintiffs*

1

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES