ROBERT W. THOMPSON (SBN: 250038)
rwthompson@thompsonlawoffice.com
CASEY A. GEE (SBN: 284830)
casey@thompsonlawoffice.com
THOMPSON LAW OFFICES, P.C.
700 Airport Blvd., Suite 160
Burlingame, CA 94010
Telephone:  (650) 513-6111 / Fax:  (650) 513-6071

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL ADAMS and SAKURA RAFTERY, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>AUDI AG,<br><br>            Defendant. | Case No.:<br><br>**NOTICE OF RELATED CASES**<br><br>**(LOCAL RULE 3-12 AND 3-13)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that in accordance with Local Rules 3-12 and 3-13, Plaintiffs Neal Adams and Sakura Raftery hereby give notice of the Related Cases and the Pendency of Other Action or Proceedings pending before the Northern District of California. This action, *Neal Adams, et al. v. Volkswagen Group of America, Inc., et al.* ("*Adams Action*") and the following actions call for a determination of the same or substantially identical questions of law and fact and, therefore, are likely to entail substantial duplication of labor for the judges assigned each respective case.

1.      *David Fiol v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (Oakland), Case No. 4:15-cv-04278-PJH ("*Fiol Action*"), pending before the Honorable Judge Phyllis J. Hamilton.  Case filed on September 18, 2015.

1

2.     *Nicholas Benipayo et al v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (Oakland), Case No. 4:15-cv-04314-PJH ("*Benipayo Action*"), pending before the Honorable Judge Phyllis J. Hamilton.  Case filed on September 21, 2015.

3.     *Warren Lau et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Jose), Case No. 5:15-cv-04302-BLF ("*Lau Action*"), pending before the Honorable Judge Beth Labson Freeman.  Case filed on September 21, 2015.

4.     *Benjamin Hall v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (Oakland), Case No. 4:15-cv-04340-PJH ("*Hall Action*"), pending before the Honorable Judge Phyllis J. Hamilton.  Case filed on September 22, 2015.

5.     *Susan Shalit et al v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04354-EMC ("*Shalit Action*"), pending before the Honorable Magistrate Judge Laurel Beeler.  Case filed on September 23, 2015.

6.     *Tanya Goodrich et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04397-EDL ("*Goodrich Action*"), pending before the Honorable Magistrate Judge Elizabeth D. Laporte.  Case filed on September 24, 2015.

7.     *Matthew Mayerson et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (Oakland), Case No. 4:15-cv-04390-PJH ("*Mayerson Action*"), pending before the Honorable Judge Phyllis J. Hamilton.  Case filed on September 24, 2015.

8.     *Robert Drury et al v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (Oakland), Case No. 4:15-cv-04401-PJH ("*Drury Action*"), pending before the Honorable Judge Phyllis J. Hamilton.  Case filed on September 24, 2015.

9.     *Matthew Smith et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Jose), Case No. 5:15-cv-04403-EJD ("*Smith Action*"), pending before the Honorable Judge Edward J. Davila.  Case filed on September 25, 2015.

10.     *Josephine Blake et al v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04425-VC ("*Blake Action*"), pending before the Honorable Judge Vince Chhabria.  Case filed on September 25, 2015.

NOTICE OF RELATED CASES (LOCAL RULE 3-12 AND 3-13)

11.      *Justin Howard et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04467-RS ("*Goodrich Action*"), pending before the Honorable Judge Richard Seeborg.  Case filed on September 29, 2015.

12.      *Romeo Alba et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04492-EDL ("*Alba Action*"), pending before the Honorable Magistrate Judge Elizabeth D. Laporte.  Case filed on September 29, 2015.

13.      *Jessica Skye et al v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Jose), Case No. 5:15-cv-04482-RMW ("*Skye Action*"), pending before the Honorable Judge Ronald M. Whyte.  Case filed on September 29, 2015.

14.      *Daniel McGarry v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04541-WHA ("*McGarry Action*"), pending before the Honorable Judge William Alsup.  Case filed on October 1, 2015.

15.      *Martha Safra v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Jose), Case No. 5:15-cv-04534-BLF ("*Safra Action*"), pending before the Honorable Judge Beth Labson Freeman.  Case filed on October 1, 2015.

16.      *Joshua M. Ets-Hokin v. Volkswagen AG et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04582-EDL ("*Ets-Hokin Action*"), pending before the Honorable Magistrate Judge Elizabeth D. Laporte.  Case filed on October 5, 2015.

17.      *Neal Swartz v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04594-MEJ ("*Swartz Action*"), pending before the Honorable Magistrate Judge Maria-Elena James.  Case filed on October 5, 2015.

18.      *George Farquar v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04595-LB ("*Farquar Action*"), pending before the Honorable Magistrate Judge Laurel Beeler.  Case filed on October 5, 2015.

19.      *Stephen Y. Fong et al v. Volkswagen AG et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04626-WHO ("*Fong Action*"), pending before the Honorable Judge William H. Orrick.  Case filed on October 6, 2015.

20.      *Howard Caro et al v. Volkswagen Group of America, Inc.*, United States District

NOTICE OF RELATED CASES (LOCAL RULE 3-12 AND 3-13)

Court, California Northern District (San Francisco), Case No. 3:15-cv-04653-JCS ("*Caro Action*"), pending before the Honorable Magistrate Judge Joseph C. Spero.  Case filed on October 7, 2015.

21.     *Albert Khedr v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04702-SK ("*Khedr Action*"), pending before the Honorable Magistrate Judge Sallie Kim.  Case filed on October 9, 2015.

22.     *Molly K. Warner v. Volkswagen Group of America, Inc. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04791-RS ("*Warner Action*"), pending before the Honorable Judge Richard Seeborg.  Case filed on October 16, 2015.

23.     *Charla Welch v. Volkswagen A.G. et al*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04818-LB ("*Welch Action*"), pending before the Honorable Magistrate Judge Laurel Beeler.  Case filed on October 19, 2015.

24.     *Jonathan Jaffe v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-04978-LB ("*Jaffe Action*"), pending before the Honorable Magistrate Judge Laurel Beeler.  Case filed on October 29, 2015.

25.     *Barbara Bozman-Moss et al v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-05021-JSC ("*Bozman-Moss Action*"), pending before the Honorable Magistrate Judge Jacqueline Scott Corley.  Case filed on November 2, 2015.

26.     *Polly Fields v. Volkswagen Group of America, Inc.*, United States District Court, California Northern District (San Francisco), Case No. 3:15-cv-05043-JCS ("*Fields Action*"), pending before the Honorable Magistrate Judge Joseph C. Spero.  Case filed on November 3, 2015.

Furthermore, along with the above actions, attached hereto as EXHIBIT 1 is a list of related cases pending before the various Courts outside the Northern District of California.

## I.     These Actions Should Be Related Because They Concern Substantially the Same Parties, Happening, and/or Event.

The *Adams Action* and the other aforementioned cases are related as defined by Local Rule 3-12(a)(1)(2) because the actions are similar, are being pursued against several of the same Defendants, and challenge the same course of conduct. All twenty-seven actions are class action cases that seek to end Defendants' fraudulent concealment of the vehicle defect related to Volkswagen and Audi

4

vehicles as well as VW's practice of misleading consumers into purchasing certain allegedly "clean diesel" automobiles ("VW Clean Diesel Vehicles") based on false and misleading representations that these vehicles are better for the environment, and more fuel efficient and powerful than other vehicles. All of the twenty-seven actions seek to ensure that all owners of these vehicles are compensated for the diminished value of their vehicles as a result of Defendants' conduct, as well as to obtain other relief.

Along with the twenty-seven actions listed above, there are related cases pending before the other Courts across the United States District Courts that are also related to the above actions as each and every one of the cases concern substantially the same parties, happenings, and/or events as those cases found in EXHIBIT 1 attached to this Notice.

## II.     These Actions Should Be Related Because It Arises out of the Same Nucleus of Facts and Involve Substantially Similar Legal and Factual Issues.

The *Adams Action* and the other aforementioned cases are related as defined by Local Rule 3-12(a)(1)(2) because each of the actions call for determination of similar questions of law and fact. All twenty-seven actions are class action cases that seek to end Defendants' practice of misleading consumers into purchasing certain allegedly "clean diesel" automobiles ("VW Clean Diesel Vehicles") based on false and misleading representations.

Furthermore, all Plaintiffs in the *Adams Action* and the other aforementioned cases are all owners or lessees of VW Clean Diesel Vehicles who purchased or leased a new or used vehicle from an authorized VW dealership between 2009 and 2015 that contains software designed to hide the vehicle's true emission levels. Each of these pending actions before the United States District Court, Northern District of California present a common core of facts, in that each (i) alleges that plaintiffs purchased or leased the VW Clean Diesel Vehicles based upon misrepresentations made by VW; (ii) asserts injury and damages arising from VW's wrongful conduct; and (iii) alleges the same or similar conduct by VW. Indeed, the factual allegations in plaintiffs' complaints are similar in numerous critical respects.

Along with the twenty-seven actions listed above, the cases listed in EXHIBIT 1 should also be related with the *Adams Action* and the other twenty-six actions above as each and every one of these cases arise out of the same nucleus of facts and involve substantially similar legal and factual issues.

5

### III.    In the Interests of Judicial Economy and Consistency, the *Adams Action* and the Other Aforementioned Cases Should be Related.

In light of the substantially same parties, happening, or event; and the substantially related or similar questions of law and fact presenting in the other twenty-six aforementioned cases, Plaintiffs Neal Adams and Sakura Raftery submit that litigating these cases separately will likely create a substantial duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Accordingly, the later-filed *Adams Action* may qualify for related-case transfer to the Honorable Judge Beth Labson Freeman of the Northern District of California.

Additionally, the cases listed in EXHIBIT 1 may also qualify for related-case transfer to Northern District of California before the Honorable Judge Beth Labson Freeman.

Respectfully submitted,

THOMPSON LAW OFFICES, P.C.

Dated: November 11, 2015                By:    */S/ ROBERT W. THOMPSON*
                                                Robert W. Thompson
                                                rwthompson@thompsonlawoffice.com
                                                700 Airport Blvd., Ste. 160
                                                Burlingame, CA 94010
                                                Tel: (650) 513-6111 / Fax: (650) 513-6071

                                                *Attorneys for Plaintiffs*

NOTICE OF RELATED CASES (LOCAL RULE 3-12 AND 3-13)