ROBERT W. THOMPSON (SBN: 250038)
rwthompson@thompsonlawoffice.com
CASEY A. GEE (SBN: 284830)
casey@thompsonlawoffice.com
THOMPSON LAW OFFICES, P.C.
700 Airport Blvd., Suite 160
Burlingame, CA 94010
Telephone: (650) 513-6111 / Fax: (650) 513-6071

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL ADAMS and SAKURA RAFTERY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>AUDI AG,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF PLAINTIFFS' COUNSEL PURSUANT TO CAL. CIV. CODE SECTION 1780(d)** |

I, Robert W. Thompson, declare as follows:

1. I am a founding partner at the law firm of Thompson Law Offices, P.C., counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the facts herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration on behalf of Plaintiffs and in support of Plaintiffs' Class Action Complaint, which is based in part on violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.* and the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq.*

3. Plaintiffs' Class Action Complaint has been filed in the proper place for trial of this action, which is the United States District Court for the Northern District of California. Defendant Volkswagen Group of America, Inc. does business in Napa, Contra Costa, and San Francisco Counties. Moreover, a substantial part of the events or omissions giving rise to Plaintiffs' claims

occurred in these counties because they reside in Napa and San Francisco Counties and purchased their Volkswagen vehicles in Contra Costa and San Francisco Counties, all of which are in the Northern District of California.  Furthermore, each of the Defendants conduct business throughout the Northern District of California, including a key research plant in Belmont, California.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 10, 2015 in Burlingame, California.

Respectfully submitted,

THOMPSON LAW OFFICES, P.C.

Dated: November 11, 2015        By:   */S/ ROBERT W. THOMPSON*
        Robert W. Thompson
        rwthompson@thompsonlawoffice.com
        700 Airport Blvd., Ste. 160
        Burlingame, CA 94010
        Tel: (650) 513-6111 / Fax: (650) 513-6071

        *Attorneys for Plaintiffs*

DECLARATION OF PLAINTIFFS' COUNSEL PURSUANT TO CAL. CIV. CODE SECTION 1780(d)